**IN RE: JEVIC HOLDING CORP., et al., Debtors**

**Official Committee of Unsecured Creditors on behalf of the bankruptcy estates of Jevic Holding Corp., et al.**

v.

**CIT Group/Business Credit Inc., in its capacity as Agent; Sun Capital Partners, Inc.; Sun Capital Partners IV, LP; Sun Capital Partners Management IV, LLC Casimir Czyzewski;**

constitute binding precedent.

Melvin L. Myers; Jeffrey Oehlers; Arthur E. Perigard and Daniel C. Richards, on behalf of themselves and all others similarly situated, Appellants

No. 14-1465

United States Court of Appeals, Third Circuit.

May 9, 2017

Domenic E. Pacitti, Esq., Linda Richenderfer, Esq., Michael W. Yurkewicz, Esq., Klehr Harrison Harvey Branzburg, Wilmington, DE, for Debtors-Appellees Jevic Transportation Inc., Creek Road Properties LLC

Craig Goldblatt, Esq., WilmerHale, Washington, DC, Christopher D. Loizides, Esq., Loizides, Wilmington, DE, Jack A. Raisner, Esq., Rene S. Roupinian, Esq., Outten & Golden, New York, NY, for Plaintiffs-Appellants

Robert J. Feinstein, Esq., Pachulski Stang Ziehl & Jones, New York, NY, Bruce Grohsgal, Esq., Widener University School of Law, Wilmington, DE, Kathleen P. Makowski, Esq., Thomas Jefferson University, Philadelphia, PA, James E. O'Neill, III, Esq., Pachulski Stang Ziehl & Jones, Wilmington, DE, for Defendant-Appellee Official Committee of Unsecured Creditors

Robert J. Dehney, Esq., Curtis S. Miller, Esq., Morris Nichols Arsht & Tunnell, Wilmington, DE, James P. Gillespie, Esq., Christopher Landau, Esq., Jason R. Parish, Esq., Kirkland & Ellis, Washington, DC, James A. Stempel, Esq., Kirkland & Ellis, Chicago, IL, for Defendants-Appellees Sun Capital Partners IV LP, Sun

Capital Partners Inc., Sun Partners Management IV LLC

Benjamin Ackerly, Esq., Tyler P. Brown, Esq., Shannon E. Daily, Esq., Hunton & Williams, Richmond, VA, Stephen M. Miller, Esq., Eric J. Monzo, Esq., Morris James, Wilmington, DE, Richard P. Norton, Esq., Hunton & Williams, New York, NY, for Defendant-Appellee CIT Group Business Credit Inc.

Wendy Cox, Esq., Office of United States Trustee, Washington, DC, P Matthew Sutko, Esq., United States Department of Justice, Executive Office for United States Trustees, Washington, DC, for Not Party—Amicus Curiae United States of America

Before: HARDIMAN, SCIRICA and BARRY, Circuit Judges

## JUDGMENT ORDER

Thomas M. Hardiman, Circuit Judge

On March 22, 2017, the Supreme Court of the United States reversed this Court's opinion and judgment entered May 21, 2015 and remanded the matter to this Court for further proceedings. The Supreme Court's mandate issued on April 24, 2017.

Accordingly, it is hereby ORDERED that the opinion and judgment of this Court is hereby VACATED.

Upon consideration of the opinion of the Supreme Court, it is hereby ORDERED and ADJUDGED that the judgment of the United States District Court for the District of Delaware is hereby VACATED and the matter is REMANDED to the District Court with direction to VACATE the judgment of the U.S. Bankruptcy Court for the District of Delaware and

REMAND the matter to the Bankruptcy Court for further proceedings.